UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH FRONTIERA,

      Plaintiff,                        Case Number 16-13332
                                                     Hon. Denise Page Hood

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEES**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 21) on Plaintiff Joseph Frontiera's Motion for Attorney Fees (ECF No. 18). No Objections were filed to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion. The Court agrees with the Magistrate Judge that the Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) is untimely and that Plaintiff's counsel has not shown that equitable tolling applies.

Accordingly,

IT IS ORDERED that the Report and Recommendation **(ECF No. 21)** is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees **(ECF No. 18)** is DENIED.

                                              s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              Chief Judge

DATED: December 3, 2021